Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, EMARIE ORNELAS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>EMARIE ORNELAS,<br><br>    Defendant. | Case No.: 1:20 CR 241 DAD/BAM<br><br>ORDER GRANTING DEFENDANT ORNELAS' REQUEST TO FILE A PLEADING UNDER SEAL AND EX PARTE |

The Court hereby finds that compelling interests in preserving the privileged nature of attorney-client communications and providing Ms. Ornelas with due process of law in the instant criminal prosecution, mandate granting Ms. Ornelas' sealing request as to the pleading lodged with the Court on May 31, 2022.

For the same reasons, the Court also finds that it is appropriate to grant Ms. Ornelas' request to file that pleading *ex parte*.

IT IS SO ORDERED.

Dated: __June 15, 2022__         /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE

1