IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EMARIE ORNELAS,<br><br>　　　　　Defendant. | Case No.:  1:20-cr-00241-ADA-BAM<br><br>ORDER RECALL WARRANT |

　　　IT IS HEREBY ORDERED that the no bail bench warrant (Doc. 283) issued on 8/31/2022 is recalled forthwith.

IT IS SO ORDERED.

　　Dated:　**September 1, 2022**　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE