Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, EMARIE ORNELAS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:20 CR 241 ADA BAM |
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA AND EXCLUDE TIME; ORDER |
| vs. | Date: February 6, 2023 |
| EMARIE ORNELAS, | Time: 8:30 AM |
| Defendant. | Location: Hon. Ana de Alba |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Attorney Kevin Rooney, counsel for defendant Emarie Ornelas, that the Court should continue the change of plea hearing currently scheduled for January 23, 2023, to February 6, 2023, at 8:30 a.m.

This continuance is requested to allow defense counsel to be present and to allow the prosecutor to consider the possible impact on this case of newly announced Department of Justice policies. The parties stipulate and agree that time should be excluded, pursuant to the Speedy Trial Act, from January 23, 2023, through February 6, 2023. The period of time between January 23, 2023, and February 6, 2023, should be excluded pursuant to 18 USC §3161(h)(7)(A)(B)(iv) because the continuance is at the defendant's request and exclusion of time serves the interests of justice. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial act dictate that additional time periods are excludable

1

for the time with which a trial must commence.

    IT IS SO STIPULATED.

Dated:  December 27, 2022

                                              PHILLIP A. TALBERT
                                              United States Attorney

                                              /s/ STEPHANIE STOKMAN
                                              STEPHANIE STOKMAN
                                              Assistant United States Attorney

Dated:  December 27, 2022

                                              /s/ Kevin Rooney
                                              KEVIN ROONEY
                                              Counsel for Defendant
                                              EMARIE ORNELAS

IT IS SO ORDERED.

    Dated:  December 31, 2022

                                              UNITED STATES DISTRICT JUDGE