Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, EMARIE ORNELAS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EMARIE ORNELAS,<br><br>　　　　Defendant. | Case No.: 1: 20 CR 241 ADA/BAM<br><br>Stipulation and Order To Continue Sentencing date and Modify PreSentence Investigation Referral Schedule |

　　　The parties to this matter, by and through their undersigned counsel, hereby stipulate as follows:

1. That the sentencing date be continued from June 5, 2023 until June 26, 2023 and the PreSentence Investigation Referral schedule be modified to allow defense counsel sufficient time to prepare for sentencing. Defense counsel also consulted with the assigned United States Probation Officer who had no objection to the proposed continuance.

///

///

///

2. The parties have agreed upon the following schedule:

| | |
|---|---|
| Judgement and Sentencing date: | June 26, 2023 |
| Reply or Statement of Non-Opposition: | June 19, 2023 |
| Formal Objections to the PSR filed and served: | June 12, 2023 |
| Final PSR filed and disclosed to counsel no later than: | June 5, 2023 |
| Informal Objections To PSR delivered to USPO and counsel: | May 22, 2023 |

It is so stipulated and agreed.

Dated: May 4, 2023                          PHILLIP A. TALBERT, UNITED STATES ATTY

                                                    s/ Stephanie Stokman
                                                 STEPHANIE STOKMAN
                                                 Assistant United States Attorney

Dated:  May 4, 2023                         Respectfully submitted,

                                                  /s Kevin Rooney
                                                 KEVIN P. ROONEY
                                                 Attorney for Defendant
                                                 EMARIE ORNELAS

### ORDER

IT IS SO ORDERED, pursuant to the stipulation of the parties, that sentencing date in this matter is continued to June 26, 2023 and that the PreSentence Investigation Referral schedule is modified as specified in the parties' stipulation.

IT IS SO ORDERED.

Dated:   May 6, 2023                                   _____
                                                                   UNITED STATES DISTRICT JUDGE