Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, EMARIE ORNELAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>Emarie Ornelas,<br><br>             Defendant. | Case No.  1:20-CR-00241-ADA-BAM<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF KEVIN P. ROONEY AS ATTORNEY OF RECORD AND ORDER** |

On December 10, 2020, Defendant Emarie Ornelas was indicted on federal charges.  CJA Panel Attorney Kevin Rooney was appointed as trial counsel to represent Ms. Ornelas on January 22, 2021, in her criminal case.  Ms. Ornelas was sentenced pursuant to a plea agreement on June 27, 2023.  The time for filing a direct appeal was August 21, 2023.  No direct appeal was filed.  Ms. Ornelas was in custody at sentencing.  The trial phase of Ms. Ornelas' criminal case has, therefore, come to an end.   Having completed his representation of Ms. Ornelas, CJA attorney Kevin Rooney now moves to terminate his appointment under the Criminal Justice Act.

Should Ms. Ornelas require further legal assistance she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Respectfully submitted,

Dated: July 25, 2023          /s Kevin Rooney
                              KEVIN P. ROONEY
                              Attorney for Defendant,
                              EMARIE ORNELAS

**ORDER**

Having reviewed the notice and found that attorney Kevin Rooney has completed the services for which he was appointed, the Court hereby grants attorney Kevin Rooney's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Emarie Ornelas at the following address and to update the docket to reflect Defendant's pro se status and contact information.

EMARIE ORNELAS, BOOKING #2226318, ID #7104828
PO BOX 872
FRESNO CA 93712-0872

IT IS SO ORDERED.

Dated:   July 26, 2023

UNITED STATES DISTRICT JUDGE